PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Darnell Keshon Ormsby                   Cr.: 00-680-CR-KING

Name of Sentencing Judicial Officer: Honorable James Lawrence King

New Judicial Officer: Honorable William H. Walls

Date of Original Sentence: February 15, 2001

Original Offense: Importation of Heroin

Original Sentence: 60 months prison followed by 4 years supervised release. Special Conditions: drug and alcohol treatment; $100 special assessment fee

Type of Supervision: Supervised Release             Date Supervision Commenced: 02/04/05

Assistant U.S. Attorney: U.S. Attorney's Office         Defense Attorney: To Be Determined

### PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall notify the probation officer at least ten days prior to any change in residence or employment.**'<br><br>Ormsby moved from his residence of 30 Sterling Place, 2nd Floor, Edgewater, New Jersey, unbeknownst to the probation office. He did not inform the probation office of his new address until approximately six weeks after the fact. It was only disclosed by Ormsby once the probation office learned that the residence had been vacated, and upon our questioning of him. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>Ormsby has failed to submit a *Monthly Supervision Report* since April of 2007. |
| 3 | The offender has violated the supervision condition which states '**You shall permit a probation officer to visit you at any time at home or elsewhere, and** |

shall permit confiscation of any contraband observed in plain view by the probation officer.'

Ormsby failed to be present at his residence for a scheduled visit on September 26, 2007. Although Ormsby agreed to the appointment, it was later learned that he had since moved was not living at the residence at that time.

4   The offender has violated the supervision condition which states 'You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.'

On August 30, 2007, a letter was sent to Ormsby's residence wherein he was instructed to report to the probation office on September 12, 2007. Ormsby failed to appear on that date.

5   The offender has violated the supervision condition which states 'You shall pay a Special Assessment fee of $100.'

Ormsby has failed to pay the remainder of the balance of his special assessment fee, which is $75. The last payment made was on October 30, 2001.

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
U.S. Probation Officer
Date: 11/07/07

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 11 Dec 07
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

27 November 2007
Date