PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Darnell Keshon Ormsby        **Docket Number:** 06-00172-001
       **PACTS Number:** 28211

**Name of Sentencing Judicial Officer:** The Honorable James Lawrence King, U.S.D.J. SD/FL

**New Judicial Officer:** The Honorable William H. Walls, U.S.D.J.

**Date of Original Sentence:** February 15, 2001

**Original Offense:** Importation of Heroin

**Original Sentence:** 60 months imprisonment followed by 4 years supervised release. Special conditions are drug and alcohol treatment and $100 special assessment.

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** 02/04/05

**Assistant U.S. Attorney:** Harvey Bartell, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** David Holman, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On December 12, 2008, the offender was arrested by the Passaic Police Department for obstructing the administration of law, resisting arrest and harassment. According to the police report, on December 12, 2008 at 2:02 a.m., the victim reported the offender came to her residence and began whistling at the window to get her attention. At this time, the victim had an active temporary restraining order (TRO) against the offender which had never been served on him. She called police and when they arrived, the offender attempted to run off. A foot pursuit ensued and the offender was apprehended, but resisted arrest. At the police headquarters, the offender was served with the TRO. |

2       The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

On December 12, 2008, the offender was arrested by the Passaic Police Department, and did not report the law enforcement contact until the probation office contacted him on December 17, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

By: Patrick Hattersley
U.S. Probation Officer
Date: 1/13/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.   Date of Hearing: 3/18/09
[ ] No Action
[ ] Other

Signature of Judicial Officer

23 January 09
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

January 13, 2009

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

The Honorable William H. Walls,
United States District Judge
Martin Luther King Jr. Federal Courthouse
P.O. Box 0999
Newark, New Jersey 07102–0999

RE: **U.S. v.Darnell Keshon Ormsby
Dkt. No. 00-680-CR-KING
<u>Notification of New Arrest and
Request for a Summons</u>**

Dear Judge Walls:

On February 15, 2001, Darnell Keshon Ormsby was sentenced by the Honorable James Lawrence King in the Southern District of Florida to 60 months imprisonment, followed by a four-year term of supervised release for the offense of Importation of Heroin. The offender was ordered to pay a $100 special assessment fee, and the following special condition: drug and alcohol treatment. He has been supervised by this district since his release from confinement on February 4, 2005 and transfer of jurisdiction was accepted by Your Honor on March 7, 2006.

The purpose of this letter is to inform the Court of Ormsby's new arrest and failure to notify the probation office in a timely fashion of the law enforcement contact. On December 12, 2008, the offender was arrested by the Passaic Police Department for obstructing the administration of law, resisting arrest and harassment. According to the police report, on December 12, 2008 at 2:02 a.m., the victim reported the offender came to her residence and began whistling at the window to get her attention. At this time, the victim had an active temporary restraining order (TRO) against the offender which had never been served on him. She called police and when they arrived, the offender attempted to run off. A foot pursuit ensued and the offender was apprehended, but resisted arrest. At the police headquarters, the offender was served with the TRO. The offender did not report the law enforcement contact until December 17, 2008, after the probation office confronted him regarding the arrest.

Honorable William H. Walls, U.S.D.J.
Page 2
January 13, 2009

      At this time, it is recommended a summons be issued so that Ormsby can appear in Court to answer this violation allegation. If Your Honor requests an alternative action, please advise. We will make ourselves available should Your Honor wish to discuss this matter. You may contact the undersigned at the telephone number listed above.

                                            Respectfully submitted,

                                            CHRISTOPHER MALONEY, Chief
                                            U.S. Probation Officer

                                            By: Patrick Hattersley
                                            U.S. Probation Officer

Enclosure(s)